■ LUCILLE WITZ, Appellant, v RENNER REALTY CORP. et al., Defendants, and ELIZABETH S. CALLAGY et al., Respondents. — Order, Supreme Court, New York County (John Bradley, J.), entered on April 4, 1984, unanimously affirmed, without costs and without disbursements; and motion for leave to file a surreply brief denied. No opinion. Concur — Sullivan, J. P., Ross, Bloom, Kassal and Ellerin, JJ.